# IN THE SUPREME COURT OF THE STATE OF DELAWARE

KATHRYN MENNEN, SARAH
MENNEN, ALEXANDRA
MENNEN, SHAWN MENNEN
AND JOHN MENNEN,

    Plaintiffs Below-
Appellants/Cross-Appellees,

v.

FIDUCIARY TRUST
INTERNATIONAL OF
DELAWARE, in its capacity as the
individual trustee of the TRUST
ESTABLISHED BY GEORGE S.
MENNEN FOR THE BENEFIT OF
GEORGE JEFF MENNEN, a
Delaware trust,

    Defendant Below-Appellee,

v.

GEORGE JEFF MENNEN,

    Defendant Below-
Cross-Appellant.

§
§ No. 1, 2016
§
§
§
§
§ Court Below—Court of Chancery
§ of the State of Delaware
§
§ C.A. No. 8432
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Submitted: May 3, 2017
Decided: May 17, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 17th day of May 2017, after careful consideration of the parties' briefs and the record on appeal, we have determined that the Court of Chancery's February 27, 2017 order should be affirmed based on the well-reasoned April 24, 2015 Master's Final Report.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice